AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

Charles Boggs and Donna Boggs,

    vs.

Oxford Law, LLC,

**JUDGMENT IN A CIVIL CASE**

Case Number: **7:13cv3464-HMH**

**[X]**   **Decision by Court.** This action before the Court for consideration. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED. ADJUDGED and DECREED** that the plaintiffs Charles Boggs and Donna Boggs shall recover from the Defendant, Oxford Law, LLC the amount of $1,000.00 (one thousand dollars and zero cents), in statutory damages with interest thereon at the rate of 0.14 %, plus costs of $455.00 (four hundred fifty-five dollars and zero cents) and attorney's fees in the amount of $2,708.60 (two thousand seven hundred eight dollars and sixty cents).

ROBIN L BLUME, Clerk



By: _____

Deputy Clerk

March 26, 2014